UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WILLIANS ROBERTO MEDINA ALAS,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF PAUL ARTETA, *et al.*,<br><br>Defendants. | No. 26-CV-6777 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

On August 7, 2026, Petitioner Willians Roberto Medina Alas ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See* Pet. for Writ of Habeas Corpus (the "Petition") (Dkt. No. 1).) In the Petition, Petitioner requested an order that he not be transferred outside the Southern District of New York while the Petition is pending. (*Id.* at 12.)

The Government is ordered to respond to the Petition by close of business on Monday, August 10, 2026. Petitioner's reply brief is due by close of business on Tuesday, August 11, 2026.

The Court will hold a hearing on the Petition on Wednesday, August 12, at 12:00 P.M., by telephone, at the number and access code in the Court's Individual Rules.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals

if it preserves the court's jurisdiction over a case or cases.").  Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828, 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

SO ORDERED.

Dated:    August 7, 2026
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

2