UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIANS ROBERTO MEDINA ALAS,

　　　　　　　　　　　　Petitioner,

　　　　　　v.

PAUL ARTETA, *et al.*,

　　　　　　　　　　　　Respondents.

No. 26-CV-6777 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

　　　Pursuant to the Court's endorsement on Respondents' August 12, 2026 letter, the Court grants the Petition as unopposed.  Respondents shall immediately release Willians Roberto Medina Alas ("Petitioner") from government custody.  *See Urbano v. Genalo*, No. 26-CV-1466, 2026 WL 867130, at *6 (S.D.N.Y. Mar. 29, 2026) (ordering immediate release after granting petition for writ of habeas corpus); *Chen v. Almodovar*, No. 26-CV-291, 2026 WL 172883, at *4 (S.D.N.Y. Jan. 22, 2026) (same).  Respondents shall certify compliance with this Order by no later than August 13, 2026, at 1:00 p.m. Eastern time.

SO ORDERED.

DATED:　　　August 12, 2026
　　　　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE